AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

CHRISTINA LEGROS

Defendant

)
)
)
)
)
)
)

Case: 1:23-mj-24
Assigned To: Magistrate Judge Zia M. Faruqui
Assign. Date : 1/24/2023
Description: Complaint with Arrest Warrant

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CHRISTINA LEGROS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in an Restricted Building or Grounds.
18 U.S.C. § 1752(a)(2) - Disorderly or disruptive conduct in, a restricted building or grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly conduct in a capitol building.
40 U.S.C. § 5104(e)(2)(G)-Parade, demonstrate, or picket in any of the Capitol Buildings.

Date: 01/24/2023

City and state:   Washington, D.C.

2023.01.2
4 17:46:25
-05'00'

Issuing officer's signature

Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on *(date)* 1-30-23, and the person was arrested on *(date)* 1-30-23
at *(city and state)* Flint, MI

Date: 1-30-23

Arresting officer's signature

TFO Stacey Moore
Printed name and title