UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 23-CR-0069 (CKK) |
| CHRISTINA LEGROS | : |

## **RESPONSE TO COURT'S MARCH 10, 2023, ORDER**

Undersigned counsel, in response to this Court's March 10, 2023, Order directing counsel to submit, by March 14, 2023, a speedy trial waiver indicating whether Defendant Legros consents to the exclusion of time under the Speedy Trial Act between March 14, 2023 and March 20, 2023, states as follows:

In his attempt to comply with this Court's March 10, 2023, Order, undersigned counsel contacted defendant Legros's local Michigan counsel to obtain a phone number and email for Ms. Legros.

The local Michigan counsel informed undersigned counsel that Ms. Legros is currently in the hospital.  He provided more specific medical information about Ms. Legros, but undersigned counsel will not reveal that information in a public filing.  Suffice it to say that Ms. Legros will not be able to sign any forms for the foreseeable future, or even speak with undersigned counsel.

Counsel will be happy to file regular status reports on any schedule the Court imposes (weekly, bi-weekly, etc…), but it is physically impossible for counsel to comply with the Court's March 10, 2023, Order at this time due to Ms. Legros's health.

Respectfully submitted,

/s/

Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003
(301) 928-7727
(202) 544-7626 (facsimile)
E-mail:  sfbrennwald@cs.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 13$^h$ day of March, 2023, to all parties of record.

/s/
_____
Stephen F. Brennwald