5:08

Isaac Thomas relocation to Texas

Inbox

**Andrea Jarois** 3 days ago

to me, John ˅

Good morning,

Mr. Thomas advised me earlier this week that he has plans to relocate to Texas come August. I notified the District of Columbia as they maintain jurisdiction of the case, and his supervision would need to be transferred to Texas. This is the response I received:

"If the defendant wishes to move we will need an address of where he is attending to move prior to approval. Once an address is determined his attorney must request a modification in his conditions to reflect the new district, in place of Michigan. This must be done prior to him moving."

Any further questions about what is required I would suggest be submitted to the District of Columbia Pretrial officer.

Thank you,



**Andrea E. Jarois**
U.S. Pretrial Services Officer
Theodore Levin United States Courthouse
231 W. Lafayette Boulevard
Detroit, MI 48226
Andrea_Jarois@miept.uscourts.gov
Phone: (313) 234-5321
Fax: (313) 202-5903