## Medical Records Release Form

Green Mind Physicians

I, the undersigned, authorize _____ to release information from my medical records. This authorization includes the release of information concerning treatment of psychiatric/psychological condition, drug and/or alcohol related conditions and HIV/AIDs related conditions. Please release the following information:

I would appreciate having these records emailed to Andrea_Jarois@miept.uscourts.gov.

This authorization must be signed and dated, and may be revoked at any time except to the extent action has been taken prior to revocation. Revocation must be made in writing. This authorization will expire on 12/31/23 I hereby state that I have read and fully understand the above statements as they apply to me. I acknowledge that I understand treatment, payment, enrollment in any health plan, or eligibility for benefits are not conditioned on signing this authorization. I hereby authorize to the disclosure of the medical records to the purpose and extent stated above.

All medical records

Medical Records Name: _____

Current Name: _____ Isaac Thomas _____

Date of Birth: _____ 10/19/2002 _____

Home Phone: ____ ███████████████ ____

Email Address: ____ ███████████████ ____

Signature: _____ Date: 07/31/23

**PLEASE INCLUDE THIS WITH THE MEDICAL RECORDS.**