Approved, SCAO

Original - Officer return
1st copy - Court
2nd copy - Defendant
3rd copy - Plaintiff

| STATE OF MICHIGAN JUDICIAL DISTRICT | APPLICATION AND ORDER OF EVICTION Landlord-Tenant / Land Contract | CASE NO. |
|---|---|---|
| 67th District Court Burton Division | | C23F0904 LT |

Court address: 4094 Manor Dr., Burton, Michigan 48519

Court telephone no.

Plaintiff's name, address, and telephone no.
Heather Malone
359 Browning Ave
Flint, MI 48507   810-308-9840

v

Defendant's name(s) and address(es)
Isaac Thomas
G 4493 Fenton Rd Lot 55
Burton, MI 48529

Plaintiff's attorney, bar no., address, and telephone no.

NOTE: An application may be required even though a request for an order of eviction is granted in the judgment.

**APPLICATION**

1. On __6/21/23__ judgment was entered against the defendant(s) and the plaintiff was awarded possession of the following described property: __G 4493 Fenton Rd Lot 55 Burton, MI ~~158~~ 48529__

2. No payment has been made on the judgment or no rent has been received since the date of judgment, except the sum of $ __830.00__ received under the following conditions: __Payment sent through Cash App. Also Defendant Cera Funds are still waiting approval. Cera Amout $1450.00__

3. The plaintiff has complied with the terms of the judgment.

4. The time stated in the judgment before an order of eviction can be issued has elapsed.

I declare that the statements above are true to the best of my information, knowledge, and belief.

Date: __7-5-23__

Plaintiff/Attorney signature: [signed]

**ORDER OF EVICTION**

IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:

To the Court Officer: You are ordered to restore the plaintiff to, and put the plaintiff in, full possession of the premises.

Date issued: __7/6/23__

Judge: [signed]   Bar no. P-72175

NOTE: In tenancy cases, this order must be executed within 56 days of the issuance date.

DC 107 (3/16) APPLICATION AND ORDER OF EVICTION, Landlord-Tenant / Land Contract    MCL 600.5744, MCR 4.201(L), MCR 4.202(K)