Approved, SCAO

| | | Original - Officer return |
|---|---|---|
| | | 1st copy - Court |
| | | 2nd copy - Defendant |
| | | 3rd copy - Plaintiff |

**STATE OF MICHIGAN**
**JUDICIAL DISTRICT**    **APPLICATION AND ORDER OF EVICTION**    **CASE NO.**
67th District Court Landlord-Tenant / Land Contract    C23F0904 LT
Burton Division
Court address: 4094 Manor Dr., Burton, Michigan 48519

Court telephone no.

Plaintiff's name, address, and telephone no.:
Heather Malone
359 Browning Ave
Flint, MI 48507   810-308-9840

v

Defendant's name(s) and address(es):
Isaac Thomas
G 4493 Fenton Rd Lot 55
Burton, MI 48529

NOTE: An application may be required even though a request for an order of eviction is granted in the judgment.

**APPLICATION**

1. On **6/21/23** judgment was entered against the defendant(s) and the plaintiff was awarded possession of the following described property: **G 4493 Fenton Rd Lot 55 Burton, MI ~~158~~ 48529**

2. No payment has been made on the judgment or no rent has been received since the date of judgment, except the sum of $ **830.00** received under the following conditions: **Payment sent through Cash App. Also Defendant Cera Funds are still waiting approval. Cera Amount $1450.00**

3. The plaintiff has complied with the terms of the judgment.

4. The time stated in the judgment before an order of eviction can be issued has elapsed.

I declare that the statements above are true to the best of my information, knowledge, and belief.

**7-5-23**
Date

Plaintiff/Attorney signature

**ORDER OF EVICTION**

IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:

To the Court Officer: You are ordered to restore the plaintiff to, and put the plaintiff in, full possession of the premises.

**7/6/23**
Date issued

Judge

P-72175
Bar no.

NOTE: In tenancy cases, this order must be executed within 56 days of the issuance date.

DC 107a (3/16) APPLICATION AND ORDER OF EVICTION, Landlord-Tenant / Land Contract    MCL 600.5744, MCR 4.201(L), MCR 4.202(K)