**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>CHRISTINA LEGROS,<br><br>    Defendant. | Criminal Action No. 23-69-2 (CKK) |

**ORDER**
(September 28, 2023)

Defendant Christina Legros is under the supervision of the United States District Court for the District of Columbia and Pretrial Services Agency for the District of Columbia, as well as the Pretrial Services Agency for the Western District of Michigan.  In order to provide the necessary supervision and determine how to proceed in her case, information regarding Legros's medical condition is required.  Defendant Legros is being represented by attorney Stephen Brennwald, who is appointed counsel.

The Court **ORDERS** Hope Network to provide all medical records relating to Christina Legros, including but not limited to medical reports and assessments regarding Defendant's cognitive and physical condition, to Pretrial Services Agency for the Western District of Michigan by no later than **OCTOBER 5, 2023**.

**SO ORDERED**.

Date: September 28, 2023

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge