# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTINA ANN LEGROS,<br>Defendant. | Criminal Action No. 23-0069-2 (CKK) |

## ORDER
(October 19, 2023)

At the status hearing held in this matter on October 17, 2023, counsel for Defendant Christina Legros represented that her medical condition may make arraignment ineffective and requested that the Court to order a mental health screening for the Defendant. The Court finds that a psychiatric examination and report is necessary to determine whether Defendant Legros is competent.

The Court therefore **ORDERS** that Pretrial Services for the District of Columbia and Pretrial Services for the Western District of Michigan coordinate to locate a licensed or certified psychiatrist or psychologist, under 18 U.S.C. §§ 4241(b), to conduct a psychiatric or psychological examination pursuant to 18 U.S.C. §§ 4241(b) and 4247(b) to determine: (1) whether Defendant is suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense, and (2) if so, whether the examining psychiatrist believes she should be transferred to a mental facility for further examination and treatment. The Court **ORDERS** Pretrial Services to provide an update to the Court by no later than **October 25, 2023** regarding whether they have located someone to conduct this examination.

**SO ORDERED**.

Dated: October 19, 2023

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge
