UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　v.<br>CHRISTINA ANN LEGROS,<br>　　　Defendant. | Criminal Action No. 23-0069-2 (CKK) |

**ORDER**
(November 30, 2023)

At the status hearing held in this matter on October 17, 2023, counsel for Defendant Christina Legros represented that her medical condition may make arraignment ineffective and requested that the Court to order a mental health screening for the Defendant. The Court found that a psychiatric examination and report is necessary to determine whether Defendant Legros is competent. It is hereby

**ORDERED**, in accordance with the provisions of 18 U.S.C. §§ 4241, 4247(b) that Defendant Legros is committed to the custody of the Attorney General for placement for a determination of whether she is presently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her; and it is further

**ORDERED** that a report of that examination shall be filed with the Court pursuant to the provisions of 18 U.S.C. § 4247(c) no later than 30 days after Defendant's arrival at the designated facility; and it is further

**ORDERED** that counsel for the United States shall file a status report by **December 15, 2023**, updating the Court regarding the designations of a facility and the United States Marshal Service's efforts to transport Defendant to that facility; and it is further

**ORDERED** that this case shall be referred to Magistrate Judge Michael G. Harvey, pursuant to Local Criminal Rule 57.17(a)(14), for the purposes of conducting a competency hearing pursuant to 18 U.S.C. § 4247(d) and for making a competency determination pursuant to 18 U.S.C. § 4241(d). The parties shall promptly contact Magistrate Judge Harvey's chambers to schedule a mutually agreeable date for the competency hearing.

**SO ORDERED**.

Dated: November 30, 2023

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge