UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 23-CR-0069 (CKK) |
| CHRISTINA LEGROS | : |

**UNOPPOSED EMERGENCY MOTION TO STAY COURT'S ORDER (ECF NO. 75)**

Defendant, Christina Legros, through undersigned counsel, Stephen F. Brennwald, in support of her Unopposed Emergency Motion to Stay Court's Order (ECF No. 75), states as follows:

On November 30, 2023 (today), this Court entered an Order committing defendant to the custody of the Attorney General for the purpose of facilitating a competency determination.

The parties almost immediately reached out to the Court and counsel for defendant requesting a hearing regarding the Order.  Without publicly revealing the specifics of the parties' communication with the Court, defendant notes that issues exist regarding the logistics and potential difficulties surrounding the execution of the Order. Defendant submits that these issues should be discussed and resolved before the United States is required to move forward with that process.

It is significant that the Court set a remote hearing for next Friday, December 8, 2023, to discuss these issues, but because in the meantime the United States cannot ignore the Court's Order, both parties believe that it would be in the interest of justice to stay the execution of the Order until after the discussions that will take place at the December 8, 2023, hearing.

Again, the issue of placing Ms. Legros into the custody of the Attorney General involves issues that should be discussed before the United States is required to act on the Order, and if the

Order is not stayed until December 8, 2023, the United States will be in the position where it must begin the process of executing the Order before the parties are able to discuss the relevant issues with the Court, thereby frustrating the purpose of the December 8 hearing, or possibly rendering it moot.

Defendant apologizes for the cryptic nature of the language used in this request but submits that this is the appropriate way to raise the issue with this Court in a public forum.

As noted in the title of this motion, the United States does not oppose this request (and in fact supports it).

WHEREFORE, for the foregoing reasons, as well as for such other reasons as may appear to this Court, defendant, unopposed by the government, moves for a stay of the November 30, 2023, Order requiring the government to place Ms. Legros into the custody of the Attorney General, and for any other relief this Court deems proper.

                                                     Respectfully submitted,

                                                     /s/

                                              Stephen F. Brennwald, Esq.
                                              Bar No. 398319
                                              Brennwald & Robertson, LLP
                                              922 Pennsylvania Avenue, S.E.
                                              Washington, D.C.  20003
                                              (301) 928-7727
                                              (202) 544-7626 (facsimile)
                                              E-mail:  sfbrennwald@cs.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this $30^h$ day of November, 2023, to all counsel of record.

/s/

_____

Stephen F. Brennwald