UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

CHRISTINA ANN LEGROS,

Defendant.

Criminal Action No. 23-0069-2 (CKK)

**ORDER**
(December 8, 2023)

As discussed at the status hearing held in this matter on December 8, 2023, and to clarify the Court's [75] Order committing Defendant Legros to the custody of the Attorney General for placement for a competency exam, it is hereby

**ORDERED**, in accordance with the provisions of 18 U.S.C. §§ 4241, 4247(b) that Defendant Legros should remain at a location in the community (i.e., hospital or nursing home) that is best for her mental and physical care until such time as the Bureau of Prisons has space for her to conduct the ordered forensic examination, as described in the [75] Order, to determine whether she is presently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her.  The Bureau of Prisons should begin searching for a bed at this time and provide the Court should there be any updates.  The U.S. Marshal Service shall not transport Defendant Legros from her location in the community until there is a bed for her at a Bureau of Prisons medical or psychiatric facility, at which point, she should be transported by the U.S. Marshal Service directly to that Bureau of Prisons facility.  It is further

**ORDERED** that a report of that examination shall be filed with the Court pursuant to the provisions of 18 U.S.C. § 4247(c) no later than 30 days after Defendant's arrival at the designated facility.  It is further

1

**ORDERED** that this case shall be referred to Magistrate Judge Michael G. Harvey, pursuant to Local Criminal Rule 57.17(a)(14), for the purposes of conducting a competency hearing pursuant to 18 U.S.C. § 4247(d) and for making a competency determination pursuant to 18 U.S.C. § 4241(d). The parties shall promptly contact Magistrate Judge Harvey's chambers to schedule a mutually agreeable date for the competency hearing.

**SO ORDERED**.

Dated: December 8, 2023

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge