# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

CHRISTINA ANN LEGROS,

Defendant.

Criminal Action No. 23-0069-2 (CKK)

**ORDER**
(January 16, 2023)

The Court is in receipt of the [88] Pretrial Compliance Report, which indicates that Defendant Legros is now eligible for release from Sparrow Hospital and that they in fact want to release her from their facility. However, she does not have a release plan because she lacks any viable housing options, and attempts to locate a rehabilitation center for her have not been successful due to the pending charges in this case. She cannot be currently released due to the lack of mental capacity to care for herself.

The Court had previously issued the [80] Order regarding Defendant Legros being committed to the custody of the Attorney General for placement for a competency exam pursuant to 18 U.S.C. §§ 4241, 4247(b). That Order stated that the Bureau of Prisons should begin searching for a bed immediately for Defendant Legros so as to conduct the ordered forensic examination as described in the Court's previous [75] Order.

In light of Sparrow Health wanting to release Defendant Legros, and the Court's [80] Order regarding Defendant Legros being committed to the custody of the Attorney General, the Court **ORDERS** the Government to contact the Bureau of Prisons and the United State Marshals Service for an update regarding availability of a bed in one of its facilities, to be presented at the status hearing on January 19, 2024.

**SO ORDERED**.

Dated: January 16, 2024

                                               /s/
                                       COLLEEN KOLLAR-KOTELLY
                                       United States District Judge