IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No.: 23-cr-69-2 CKK |
| v. : | |
| **CHRISTINA LEGROS,** : | |
| Defendant. : | |

**JOINT NOTICE OF CONSENT TO ADOPT RECOMMENDATION**

On April 9, 2024, United States Magistrate Judge G. Michael Harvey held a hearing to determine the competency of Christina Legros pursuant to this Court's November 30, 2023 order. ECF No. 75. The parties have had an opportunity to review the recommendation and the parties consent to this Court adopting the recommendation and entering an order that Christina Legros is presently competent to stand trial.

Respectfully submitted,

| | |
|---|---|
| */s/ Stephen Brennwald* | */s/ Adam M. Dreher* |
| Stephen Brennwald | Adam M. Dreher |
| Attorney for Defendant | Assistant United States Attorney |
| 922 Pennsylvania Ave SE | 601 D St. NW |
| Washington, D.C. 20003 | Washington, D.C. 20530 |
| sfbrennwald@cs.com | adam.dreher@usdoj.gov |