IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No.: 23-cr-69-2 CKK |
| v. | : | |
| | : | |
| **CHRISTINA LEGROS,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

### JOINT MOTION TO REFER MATTER TO MAGISTRATE JUDGE

On March 8, 2023, a criminal indictment was filed against Christina Legros alleging four crimes stemming from her actions on January 6, 2021. ECF No. 11. Each of the four crimes are misdemeanors punishable by imprisonment for one year or less. *See* Fed. R. Crim. Pro. 7(a)(2). Under 18 U.S.C. § 3401, "When specially designated to exercise such jurisdiction by the district court or courts he serves, any United States magistrate judge shall have jurisdiction to try persons accused of, and sentence persons convicted of, misdemeanors committed within that judicial district." 18 U.S.C. § 3401(a). On April 11, 2024, Christina Legros filed her notice of consent to proceed before a magistrate judge. ECF No. 112. The government consents.

The parties request this Court enter an order referring the matter to a United States Magistrate Judge to handle further proceedings.

Respectfully submitted,

/s/ Stephen Brennwald
Stephen Brennwald
Attorney for Defendant
922 Pennsylvania Ave SE
Washington, D.C. 20003
sfbrennwald@cs.com

/s/ Adam M. Dreher
Adam M. Dreher
Assistant United States Attorney
601 D St. NW
Washington, D.C. 20530
adam.dreher@usdoj.gov