# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>CHRISTINA ANN LEGROS. | Civil Action No. 23-69-2 (CKK) |

# ORDER
(April 22, 2024)

On March 8, 2023, Defendant Christina Legros was charged by [11] Indictment with four charges stemming from her actions on January 6, 2021. Each of the four charges are misdemeanors punishable by imprisonment for one year or less. *See* Fed. R. Crim. Pro. 7(a)(2). Under 18 U.S.C. § 3401, "[w]hen specially designated to exercise such jurisdiction by the district court or courts he serves, any United States magistrate judge shall have jurisdiction to try persons accused of, and sentence persons convicted of, misdemeanors committed within that judicial district." 18 U.S.C. § 3401(a).

On April 11, 2024, Christina Legros filed a [112] Notice of consent to proceed before a magistrate judge. *See* ECF No. 112. The Government has indicated that they consent. *See* ECF No. 114. Now pending before the Court is the parties' [114] Joint Motion to Refer Matter to Magistrate Judge, in which they request that the Court enter an order referring the matter to a Magistrate Judge for all further proceedings.

The Court **GRANTS** the [114] Motion and **ORDERS** that above-captioned case has been referred to Magistrate Judge G. Michael Harvey for **all purposes**. The parties are to contact Magistrate Judge Harvey's chambers to schedule further proceedings.

It is **FURTHER ORDERED** that the status conference previously scheduled for April 30, 2024 is hereby **VACATED**.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge