## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES | |
| v. | Civil Action No. 23-69-2 (CKK) |
| CHRISTINA ANN LEGROS. | |

### ORDER
(April 22, 2024)

On November 30, 2023, the Court issued an [75] Order referring this matter to Magistrate Judge G. Michael Harvey for the purposes of conducting a competency hearing.  Judge Harvey held proceedings on March 14, 2024, followed by a competency hearing on April 9, 2024, and then issued the [111] Report and Recommendation.

The parties filed the [113] Joint Notice of Consent to Adopt the Report and Recommendation, in which they indicate that they "have had an opportunity to review the recommendation and the parties consent to this Court adopting the recommendation and entering an order that Christina Legros is presently competent to stand trial."

Accordingly, after reviewing Magistrate Judge G. Michael Harvey's [111] Report and Recommendation and the documents on which he relied, it is, this 22nd day of April, 2024, hereby

**ORDERED** that Magistrate Judge G. Michael Harvey's [111] Report and Recommendation is adopted for the reasons stated therein.  It is also

**ORDERED** that the Courts find by a preponderance of the evidence that Defendant Legros has a "sufficient present ability to consult with [her] lawyer with a reasonable degree of rational understanding" and "a rational as well as factual understanding of the proceedings against [her]." *Dusky v. United States*, 362 U.S. 402, 402 (1960).  It is also

**ORDERED** that the Court finds that Defendant Legros is deemed competent to stand trial.

**SO ORDERED**.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge