UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-69-CKK |
| | : | |
| ISAAC THOMAS, | : | |
| Defendant. | : | |

**PROPOSED PRETRIAL SCHEDULING ORDER**

The United States, through the United States Attorney for the District of Columbia, seeks a modified order governing the pretrial schedule in Defendant Thomas's prosecution. On March 14, 2024, this Court ordered, "The parties shall, by APRIL 30, 2024, file any proposed changes to the outstanding deadlines." Minute Order March 14, 2024. On April 22, 2024, this Court ordered "the parties to appear for trial . . . beginning on SEPTEMBER 9, 2024." Minute Order April 22, 2024. With the trial date now set, the government requests the remaining deadlines to be set as follows:

| Evidentiary Pretrial Motions | *Proposed Deadlines* |
|---|---|
| Defendant's evidentiary pretrial motions, such as Motions to suppress evidence | May 17, 2024 |
| Government's response | May 31, 2024 |
| Defendant's reply | June 14, 2024 |
| | |
| Proposed Voir Dire | June 14, 2024 |

| Motions in Limine | |
|---|---|
| Motions *in limine* by both sides | July 26, 2024 |
| Responses to motions *in limine* | August 9, 2024 |
| Replies as to motions *in limine* | August 23, 2024 |
| | |
| *Giglio*, *Jencks*, and Rule 26.2 material | August 23, 2024 |
| | |
| Proposed Jury Instructions | August 9, 2024 |

<u>Hearings</u>

| | |
|---|---|
| Status Hearing | May 2, 2024 |
| Pretrial Conference | September 4, 2024<br>9:30 a.m. |
| Trial is scheduled to begin | September 9, 2024<br>9:30 a.m. |

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
.                D.C. Bar No. 481052

                /s/ *Adam M. Dreher*
                Adam M. Dreher
                Assistant United States Attorney
                Mich. Bar No. P79246
                601 D St. N.W.
                Washington, D.C. 20530
                (202) 252-1706
                adam.dreher@usdoj.gov