**Summary of Sentences Imposed in January 6 cases pursuant to 18 U.S.C. § 1752(a)(1)
Prepared for Magistrate Judge G. Michael Harvey**

To date, **57 defendants** have been sentenced for having violated **only that statute**.  More defendants have been convicted under this statute (i.e., they were convicted of having violated this statute as well as other statutes, such as 40 U.S.C. § 5104(e)(2)(G) and/or other statutes).  But to compare other sentences imposed in 1752(a)(1) cases to Ms. Legros's case, defendant presents only those cases where, like her, a defendant was convicted solely of that charge.

**TOTAL SENTENCES IMPOSED TO DATE (chart updated through April 22, 2024):  57**

**10 cases ended with Probation alone** (often with a fine and/or restitution but without Intermittent Confinement or Home Detention).  Most of these sentences included probation terms ranging from 60 days to 36 months.

**5 cases ended with Probation plus IC and/or HD (IC = Intermittent Confinement, i.e., weekends in jail; HD = Home Detention).**  Those sentences were as follows:

1) Probation plus 14 days IC plus 60 days HD
2) Probation plus 20 days IC
3) Supervised Release plus 30 days HD
4) Probation plus 45 days HD
5) Probation plus 3 months HD

**TOTAL** (Prob. only or Prob. plus  IC and/or HD)**(no jail)   15 defendants**

**Straight jail time** (also usually included probation or supervised release afterward, plus restitution and a fine and sometimes Community Service).  Below is a list of the lengths of the terms of imprisonment.  If an entry says 14 days x 6, it means that 6 different defendants received terms of 14 days.  For example, one defendant received a 10-day sentence, another two received sentences of 20 days, etc…

10 days
14 days x 6
20 days x 2
21 days
30 days x 5
45 days
50 days
60 days x 3
75 days x 3
90 days
3 months x 3
110 days
120 days

4 months x 2
5 months
6 months x 2

**TOTAL JAIL SENTENCES**                         **34 defendants**

**Intermittent confinement (IC)**

28 days IC (plus 60 days HD)
28 days IC (plus 2 months HD)
42 days IC (plus 60 days HD)
45 days IC (plus 3 months HD)
60 days IC

**TOTAL**                         **5 defendants**

**Home Detention/Confinement (HC)(No Jail)**

30 days x 2
60 days

**TOTAL IC OR HD SENTENCES**             **3 defendants**

**GRAND TOTAL** (cases sentenced for 1752(a)(1) alone)    **57 defendants**

**39 of 57** defendants received at least some jail time, i.e., straight jail time (34) or intermittent confinement (5).

**13** never went to jail, though 3 of those were sentenced to home confinement.

**10** received only probation, i.e., no IC or HD (but usually with restitution of $500 and sometimes a fine).

**25** of the **57** defendants were ordered to perform **community service**, ranging from **60 hours to 240 hours**.

**NOTE AS TO MS. LEGROS:**

Ms. Legros was arrested and taken into BOP custody on February 8, 2024.  As of her sentencing date of May 9, 2024, she will have spent **92 days in custody**, i.e., a little over 3 months.

**Only 7 of the 39 defendants** who have received a prison sentence (i.e., a straight prison sentence or an IC sentence) have been sentenced to **more than 92 days in custody.**

**(SEE BELOW)**

**Those 7 defendants are:**[1]

| | | |
|---|---|---|
| **Bryan Betancur** | **21-CR-51(TJK)** | **4 months** |
| **Billy Knutson** | **22-CR-31(FYP)** | **6 months** |
| **Samuel Fisher** | **21-CR-142 (CJN)** | **120 days** |
| **Deborah Sandoval** | **21-CR-195(CKK)** | **5 months** |
| **Jia Liu** | **21-CR-711(TJK)** | **4 months** |
| **Andrew Morgan** | **21-CR-313(TJK)** | **110 days** |
| **Matthew Huttle** | **22-CR-403(CKK)** | **6 months** |

**Please see defendant's sentencing memorandum for details about these defendants' actions on January 6, under the paragraph discussing "sentencing disparity."**

---

[1] These defendants are listed in the order they appear on the sentencing chart prepared and regularly updated by the Department of Justice. That chart is appended to Ms. Legros's memorandum.