G. MICHAEL HARVEY
UNITED STATES MAGISTRATE
JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO RELEASE

UNITED STATES OF AMERICA

vs.

<u>**Defendant: Christina Legros**</u>                Docket No.: <u>**1:23CR00069-002**</u>

TO: DIRECTOR, DEPARTMENT OF CORRECTIONS

    It is hereby **ORDERED** that <u>Christina Legros</u> having appeared before the Court, on **May 9, 2024**, in the above case be released to the custody of the United States Probation Office on **May 15, 2024 at 5:00 am** from the Central Treatment Facility for transportation to the airport. To facilitate the release, it is hereby **ORDERED** that:

    1. The DC Department of Corrections shall release the above with a 30-day supply of medication including psychotropic medication, any prescribed medication, and/or a valid prescription for such medication.

| | |
|---|---|
| May 10, 2024 | *[signed]* Digitally signed by G. Michael Harvey<br>Date: 2024.05.10 12:24:18 -04'00' |
| Date | G. MICHAEL HARVEY<br>UNITED STATES DISTRICT JUDGE |

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By _____
Deputy Clerk